UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>　　　　　　Debtor,<br>―――――――――――――――<br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>DORIS NELSON and ADAM NELSON, and the marital community comprised thereof; et al.,<br><br>　　　　　　Defendants. | NO: 12-CV-488-RMP<br><br>Bankr. Case No. 09-06194-PCW11<br><br>Adv. Proc. No. 11-80285-PCW11<br><br>ORDER GRANTING STIPULTED MOTION TO DISMISS ALEC CHRISTOPHER FOSTER |

This matter came before the Court pursuant to the Stipulation of Dismissal only as to Defendant Alec Christopher Foster, filed by Plaintiff (the

ORDER GRANTING STIPULTED MOTION TO DISMISS ALEC CHRISTOPHER FOSTER ~ 1

1  "Stipulation").  Having reviewed the Stipulation, and the files and pleadings on

2  record herein, and for good cause appearing,

3      IT IS HEREBY ORDERED that the Stipulation set forth herein is

4  approved; and

5      IT IS FURTHER ORDERED that only Defendant Alec Christopher Foster is

6  dismissed, with prejudice, with each party to bear their own attorneys' fees and

7  costs.

8      **IT IS SO ORDERED**.

9      The District Court Clerk is hereby directed to enter this Order, **to**

10  **terminate Alec Christopher Foster** as a defendant in this matter, and to provide

11  copies of this Order to counsel.

12      **DATED** this 1st day of October 2014.

13

14      *s/ Rosanna Malouf Peterson*
    ROSANNA MALOUF PETERSON
15      Chief United States District Court Judge

16

17

18

19

20

ORDER GRANTING STIPULTED MOTION TO DISMISS ALEX CHRISTOPHER FOSTER ~ 2