UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>                      Debtor, | NO: 12-CV-488-RMP<br><br>Bankr. Case No. 09-06194-FPC11 |
| BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>                      Plaintiff,<br><br>v.<br><br>DORIS NELSON and ADAM NELSON, and the marital community comprised thereof; et al.,<br><br>                      Defendants. | Adv. Proc. No. 11-80285-FPC11<br><br>JUDGMENT AGAINST DORIS NELSON |

**JUDGMENT SUMMARY**

1.     Judgment Creditor-         Bruce P. Kriegman, Liquidating Trustee for LLS America, LLC, as consolidated

JUDGMENT AGAINST DORIS NELSON ~ 1

| | | | |
|---|---|---|---|
| 2. | Attorneys for Judgment Creditor- | | Witherspoon Kelley |
| 3. | Judgment Debtor- | | Doris Nelson |
| 4. | Attorney for Judgment Debtor: | | Timothy W. Durkop |
| 5. | Judgment Amount (Principal)- | | $4,662,948 USD |
| 6. | Prejudgment Interest (0.47% from July 21, 2009 through October 1, 2014)- | | $116,237.44 USD |
| 7. | Total Judgment- | | $4,779,185.44 USD |
| 8. | Plus taxable costs in the amount to be determined by the Court- | | |
| 9. | Interest Rate on Judgment- | | .10% (28 U.S.C. § 1961) |

Plaintiff filed an Amended Notice of Presentment of Judgment pursuant to Fed. R. Civ. P. 58(a) and 58(d). ECF No. 93. At the trial conducted on October 1, 2014, the Court heard that Doris Nelson would not contest entry of judgment against her in the amount of $4,662,948. The Court has reviewed the Amended Notice of Presentment of Judgment and is fully informed.

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff, Bruce P. Kriegman, solely in his capacity as Liquidating Trustee of LLS America, LLC as consolidated, is awarded Judgment against defendant Doris Nelson, as follows:

   a. Judgment      $4,662,948 USD

JUDGMENT AGAINST DORIS NELSON ~ 2

|   |   |   |
|---|---|---|
| b. | Prejudgment interest (0.47% per annum from July 21, 2009 to October 1, 2014)- | $116,237.44 USD |
| c. | Plus taxable costs in the amount to be determined by the Court; | |
| d. | Plus post-judgment interest from the date of Judgment until fully paid at the federal rate of 0.10% per annum (28 U.S.C. § 1961). | |

2. Defendant's claims, if any, are equitably subordinated such that all claims of Defendant, including any claim under Section 502(h) of the Bankruptcy Code, that may hereafter arise or that have been filed or brought or that may hereafter be filed or brought by, on behalf of, or for the benefit of Defendant or any affiliated entities, against Debtor's estate, in Debtor's bankruptcy or related bankruptcy proceedings are subordinated to all other unsecured claims, pursuant to 11 U.S.C. §§ 510(c)(1) and 105(a).

The District Court Clerk is directed to enter this Order and provide copies to counsel, to pro se defendants, and to Judge Frederick P. Corbit.

**IT IS SO ORDERED**.

The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel and to pro se defendants.

**DATED** this 14th day of November 2014.

>  *s/ Rosanna Malouf Peterson*
> ROSANNA MALOUF PETERSON
> Chief United States District Court Judge

JUDGMENT AGAINST DORIS NELSON ~ 3