UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>　　　　　　　Debtor,<br>―――――――――――――――<br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>DORIS NELSON and ADAM NELSON, and the marital community comprised thereof; et al.,<br><br>　　　　　　　Defendants. | NO: 2:12-CV-488-RMP<br><br>Bankr. Case No. 09-06194-FPC11<br><br>Adv. Proc. No. 11-80285-FPC11<br><br>JUDGMENT AGAINST HAROLD JOHANSON |

**JUDGMENT SUMMARY**

1.　Judgment Creditor-　　　　Bruce P. Kriegman, Liquidating Trustee for LLS America, LLC, as consolidated

2.　Attorneys for Judgment Creditor-　Witherspoon Kelley

JUDGMENT AGAINST HAROLD JOHANSON ~ 1

| | | |
|---|---|---|
| 3. | Judgment Debtor- | Harold Johanson |
| 4. | Attorneys for Judgment Debtor: | Pro Se |
| 5. | Judgment Amount (Principal)- | $6,122.34 CAD<br>$1,166.66 USD |
| 6. | Prejudgment Interest (0.47% from July 21, 2009 through October 1, 2014)- | $149.81 CAD<br>$28.47 USD |
| 7. | Total Judgment- | $6,272.15 CAD<br>$1,195.13 USD |
| 8. | Plus taxable costs in the amount to be determined by the Court- | |
| 9. | Interest Rate on Judgment- | .10% (28 U.S.C. § 1961) |

Plaintiff filed Notice of Presentment of Judgment pursuant to Fed. R. Civ. P. 58(a) and 58(d). ECF No. 96. After a bench trial held on October 1, 2014, the Court entered findings of fact and conclusions of law, ECF No. 95, which are fully incorporated here with the same force and effect as if set forth verbatim. The Court being fully informed, **IT IS HEREBY ORDERED** that:

1. Plaintiff, Bruce P. Kriegman, solely in his capacity as Liquidating Trustee of LLS America, LLC as consolidated, is awarded Judgment against Defendant Harold Johanson, as follows:

| | | |
|---|---|---|
| | a. Judgment | $6,122.34 CAD, and $1,166.06 USD |

JUDGMENT AGAINST HAROLD JOHANSON ~ 2

| | | |
|---|---|---|
| b. | Prejudgment interest (0.47% per annum from July 21, 2009 to October 1, 2014)- | $149.81 CAD, and $28.47 USD |
| c. | Plus taxable costs in the amount to be determined by the Court; | |
| d. | Plus post-judgment interest from the date of Judgment until fully paid at the federal rate of 0.10% per annum (28 U.S.C. § 1961). | |

**IT IS SO ORDERED**.

The District Court Clerk is directed to enter this Order and provide copies to counsel, to pro se defendants, and to Judge Frederick P. Corbit.

**DATED** this 19th day of December 2014.

>  *s/ Rosanna Malouf Peterson*
>  ROSANNA MALOUF PETERSON
>  Chief United States District Court Judge

JUDGMENT AGAINST HAROLD JOHANSON ~ 3